NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHANE C. HOLLMER AND LEE E. CLEVELAND,**
*Appellants,*

v.

**ELIYAHOU HARARI AND SANJAY MEHROTRA,**
*Appellees.*

---

2011-1276
(Interference No. 105,606)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The appellees move for a 28-day extension of time, until August 10, 2011, to file their brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___**JUL** 1 9 2011___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Deanne E. Maynard, Esq.
Timothy R. Volpert, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 1 9 2011

**JAN HORBALY**
**CLERK**